**Dismiss and Opinion Filed July 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00772-CV

## IN RE ANGELA MILITELLO, F/K/A ANGELA LEIGH SIMPSON STARRETT, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06211**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Relator has advised the Court the trial court has granted the relief requested in the petition for writ of mandamus. As a result, the petition is now moot. *See In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (controversy is justiciable, if real controversy exists between parties that will be actually resolved by judicial relief sought). We dismiss the petition.

/David Evans/
DAVID EVANS
JUSTICE

150772F.P05